IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER SANTIAGO, | § | |
| | § | No. 42, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1704002347 (K) |
| STATE OF DELAWARE, | § | 1612012805 (K) |
| | § | |
| Appellee. | § | |

Submitted: May 2, 2025
Decided: May 13, 2025

## ORDER

On March 25, 2025, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Christopher Santiago, because he had not filed an opening brief by the March 21, 2025 deadline set by the Court. On April 7, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, to Santiago directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Santiago received the notice, as evidenced by the return receipt filed with the Court on April 21, 2025. A timely response to the notice was due on or before May 1, 2025. To date, Santiago has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice